**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincent B. BEST, Defendant–Appellant.**

No. 09–7269.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 18, 2009.

Vincent B. Best, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Gretchen C.F. Shappert, United States Department of Justice, Washington, D.C., for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent B. Best appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Best,* No. 3:93–cr–00216–GCM–3 (W.D.N.C. July 9, 2009). We deny Best's motions to remand the case in full and to expedite the decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*